UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023
```

SURESH KUMAR,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

22-cv-4874 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

    On June 9, 2022, Petitioner Suresh Kumar filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. In an Order dated August 19, 2022, the Court directed the Civil Division of the U.S. Attorney's Office for the Southern District of New York to file an answer or other pleading in response to the petition [ECF No. 4]. The Clerk's Office represents that it electronically notified the U.S. Attorney's Office of the Court's August 19, 2022 Order. Nevertheless, to date, the U.S. Attorney's Office has not appeared or answered the petition.

    Accordingly, IT IS HEREBY ORDERED that the U.S. Attorney's Office shall answer the petition by June 9, 2023. The U.S. Attorney's Office shall simultaneously file a letter explaining its failure to comply with the Court's August 19, 2022 Order.

    The Clerk of Court respectfully is requested to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

**SO ORDERED.**

**Date: May 17, 2023**
**New York, NY**

                                                        **MARY KAY VYSKOCIL**
                                                        **United States District Judge**