UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SURESH KUMAR,

                     Petitioner,                 22 **CIVIL** 4874 (MKV)

     -against-                                    **JUDGMENT**

UNITED STATES,

                    Respondent.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2025, the petition for a writ of habeas corpus is DENIED and the case is DISMISSED. The Petitioner may not file another petition "within the scope of § 2255 . . . without court of appeals authorization." Poindexter v. Nash, 333 F.3d 372, 382 (2d Cir. 2003); accordingly, the case is closed.

**DATED:**  New York, New York
            August 26, 2025

                                                           **TAMMI M. HELLWIG**

                                                             **Clerk of Court**

                           **BY:**      K. Mango

                                                             **Deputy Clerk**